

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2016

No. 04-15-00750-CV

**SHELL WESTERN E& P, INC.** n/k/a SWEPI, LP,
Appellant

v.

**PEL-STATE BULK PLANT, LLC**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 13-07-12049-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

The motion to sever filed on December 21, 2015, is DENIED AS MOOT.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court